IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

McC SOLO
ADC #135485                                                                PLAINTIFF

v.                          No. 5:18-cv-161-DPM-JJV

WENDY KELLEY, Director, ADC; J. GIBSON,
Warden, Varner Unit; and F. WASHINGTON,
Classification Officer, Varner SuperMax                 DEFENDANTS

## ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Solo's due process and equal protection claims against Kelley, Gibson, and Washington go forward. All of his other claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 July 2018