# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

McC SOLO
ADC #135485                                              PLAINTIFF

v.                      No. 5:18-cv-161-DPM-JJV

WENDY KELLEY, Director, ADC; J. GIBSON,
Warden, Varner Unit; and F. WASHINGTON,
Classification Officer, Varner SuperMax                  DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation, № 20, and overrules Solo's objections, № 23. FED. R. CIV. P. 72(b)(3). Solo's motion seeks the same relief as his amended complaint; but he hasn't shown that he'll be irreparably harmed if his case is heard in the ordinary course. The motion for preliminary injunctive relief, № 19, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2018