IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

McC SOLO
ADC #135485                                                      PLAINTIFF

v.                          No. 5:18-cv-161-DPM

WENDY KELLEY, Director, ADC;
JAMES GIBSON, Warden, Varner Unit;
and FLORIA WASHINGTON, Classification
Officer, Varner SuperMax                                        DEFENDANTS

## ORDER

Unopposed recommendation, № 92, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, № 85, is granted; and Solo's motion for summary judgment, № 78, is denied. Solo's remaining claims will be dismissed with prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2019