IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

McC SOLO
ADC #135485                                                      PLAINTIFF

v.                          No. 5:18-cv-161-DPM

WENDY KELLEY, Director, ADC;
JAMES GIBSON, Warden, Varner Unit;
and FLORIA WASHINGTON, Classification
Officer, Varner SuperMax                                         DEFENDANTS

## JUDGMENT

Solo's due process and equal protection claims against Kelley, Gibson, and Washington are dismissed with prejudice. All other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2019